# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GREGORY PEEPLES, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:13-CV-0399-CEJ |
| | ) |
| JAMES HURLEY, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Petitioner has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition is unsigned. Rule 2(c)(5) of the Rules Governing § 2254 Petitions requires that all § 2254 petitions be signed under penalty of perjury. As a result, the Clerk will return a copy of the petition to petitioner. Petitioner will have to sign the petition and return it to the Clerk by April 15, 2013.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return petitioner's petition for writ of habeas corpus to him.

**IT IS FURTHER ORDERED** that petitioner must sign and return the petition to the Court no later than **April 15, 2013**.

**IT IS FURTHER ORDERED** that if petitioner fails to comply with this Order, this action will be dismissed.

Dated this 15th day of March, 2013.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE